PETTY, J.,
concurring.
I concur in the opinion of the majority in all respects. I write separately simply to re-state my belief that Utility Trailer Manufacturing Co. v. Testerman, 58 Va.App. 474, 711 S.E.2d 232 (2011), cannot be reconciled with our previous holding in Metro Machine Corp. v. Lamb, 33 Va.App. 187, 532 S.E.2d 337 (2000), and thus, under our doctrine of interpanel accord,[2] was wrongly decided. Testerman, 58 Va.App. at 484, 711 S.E.2d at 236 (Petty, J., dissenting).

. "Under the interpanel accord doctrine, ‘the decision of one panel becomes a predicate for application of the doctrine of stare decisis and *288 cannot be overruled except by the Court of Appeals sitting en banc or by the Virginia Supreme Court.’ ” Atkins v. Commonwealth, 54 Va.App. 340, 343 n. 2, 678 S.E.2d 834, 835 n. 2 (2009) (quoting Clinchfield Coal Co. v. Reed, 40 Va.App. 69, 73, 577 S.E.2d 538, 540 (2003)).